```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 26, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CHRISTOPHER VEGA,

      Plaintiff,

  -against-

SHINOBI NY LLC d/b/a NINJA NEW YORK
RESTAURANT and HARUO YAZAKI,

      Defendants.
.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
16-CV-10061 (KBF)(AJP)

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)( i)**

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff, through his undersigned counsel, hereby voluntarily dismisses the above-captioned action against the above-named defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

_[signature]_
Adam Braverman
Braverman Law PC
450 Seventh Ave., Ste. 1308
New York, New York 10123
(212) 206-8166

*Attorneys for Plaintiff*

Date:   January 24, 2017

So ordered.
[signature]
USDJ
1/26/17